CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>NAN WONG, in individual and representative capacity as trustee of the Oakland Wong Exemption Trust under Trust Agreement dated July 23, 1975; TIFFANY THU INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 3:19-CV-06859-WHO<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TIFFANY THU INC ONLY** |

The plaintiff hereby notifies the court that a settlement has been reached in the above-captioned case between Plaintiff and Defendant Tiffany Thu Inc, only. This case remains at issue with respect to Defendant Nan Wong.

CENTER FOR DISABILITY ACCESS

Dated: April 17, 2020        By:   /s/ Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
                                   Attorney for Plaintiff