UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

         Plaintiff,

    v.

NAN WONG,

         Defendant.

Case No.  3:19-cv-06859-WHO

**ORDER DISMISSING CASE**

On January 26, 2021, I ordered plaintiff Scott Johnson to show cause why this case should not be dismissed for failure to prosecute and comply with General Order 56.  Dkt. No. 30. Johnson did not respond by the deadline of February 9, 2021.  I warned that failure to timely respond would result in dismissal.  Accordingly, this case is DISMISSED WITH PREJUDICE for failure to prosecute.  Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962).

    **IT IS SO ORDERED.**

Dated: February 11, 2021



William H. Orrick
United States District Judge

United States District Court
Northern District of California